IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD PITTMAN, et al.,

    Defendants.                                Case No. 05-CR-30133-DRH

## ORDER

**HERNDON, District Judge:**

        This matter is before the Court on defendant James Rollins, Jr.'s Motion to Continue Trial Setting. (Doc. 163.) Defendant Rollins, Jr.'s motion states that his counsel only entered his appearance on behalf of defendant Rollins, Jr. on January 26, 2006. (*Id*. at ¶ 1.)  Further, defendant Rollins, Jr.'s counsel has not had sufficient time to obtain and review additional discovery, due to scheduling conflicts. (*Id*. at ¶ 2.)  The Government does not object to Defendant's Motion. (*Id*. at ¶ 3.)

        The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial.  Therefore, the Court **GRANTS** Defendant's Motion to Continue. (Doc. 12.)  The Court **CONTINUES** the jury trial scheduled for Monday, March 13, 2006 at 9:00 a.m. to **Monday, June 26, 2006, at 9:00 a.m.**  The time from the date the original motion to continue (Doc. 163) was

1

filed, March 1, 2006, until the date to which the trial is rescheduled, June 26, 2006, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

**Signed this 2nd day of March, 2006**

/s/         David   RHerndon
**United States District Judge**
