IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**RICHARD PITTMAN, et al,**

    **Defendants.**           Case No. 05-CR-30133-DRH

## ORDER

**HERNDON, District Judge:**

    This cause coming before the Court on the Motion of James E. Rollins, Jr., to review wire tap information (Doc. 184) and the Court being fully advised in the premises, finds that the Government does not object to the granting of said Motion (*Id*. at ¶ 5), and that said Motion should be **GRANTED**.

    Accordingly, the Court hereby **ORDERS** that defendant James E. Rollins, Jr.'s attorney be allowed to inspect and to copy the following:

    A.     A copy of the Court Order and accompanying Application under which any wire, oral, or electronic communication was authorized or approved.

    B.     All reports and other documents which pertain to the Application

or approval of the interception of any wire, oral, or electronic communication.

**IT IS SO ORDERED.**

Signed this 13th day of March, 2006.

      /s/      David  RHerndon

**United States District Judge**