**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**JAMES E. ROLLINS, Jr., et al,**

     **Defendants.**                   **Case No. 05-cr-30133-DRH-5**

**ORDER**

**HERNDON, District Judge:**

        Before the Court is defendant James E. Rollins, Jr.'s Motion to Continue Sentencing (Doc. 479).  Defendant seeks a continuance because he has yet to receive a copy of the Presentence Investigation Report; review of this document is necessary so that Defendant may file his objections thereto, prior to the sentencing hearing. For good cause shown, Defendant's Motion (Doc. 479) is **GRANTED**.  Defendant James E. Rollins, Jr.'s Sentencing Hearing, currently set for June 8, 2007 is hereby rescheduled for **Friday, September 21, 2007 at 1:30 p.m.**

        IT IS SO ORDERED.

     Signed this 10th day of May, 2007.

                       /s/      David   RHerndon
                       **United States District Judge**